IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02873-BNB-MEH

CARLENE SOWERS,

Plaintiff,

v.

WAKEFIELD & ASSOCIATES,

Defendant.

___

**MINUTE ORDER**
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

 Pursuant to the filing of the Notice of Entry of Appearance [docket no. 25, filed July 15, 2010],

 IT IS ORDERED that the **Motion for Withdrawal** [docket no. 23, filed July 1, 2010] is GRANTED, and attorney Sara Green is withdrawn from the presentation of defendant and is to be removed from the electronic service.

 IT IS FURTHER ORDERED that the hearing set for **July 27, 2010**, is **VACATED**.


DATED: July 15, 2010